1 | MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
2 | YOSINA M. LISSEBECK [SBN 201654]
ylissebeck@swsslaw.com
3 | SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 | San Diego, California 92101
Telephone: (619) 231-0303
5 | Facsimile: (619) 231-4755

6 | JOHN M. MOSCARINO (Bar No. 122105)
jmoscarino@mmwf.com
7 | JOSEPH CONNOLLY (Bar No. 53329)
connollyjose@yahoo.com
8 | McLeod, Moscarino, Witham & Flynn LLP
707 Wilshire Blvd., Suite 5000
9 | Los Angeles, CA 90017-3501
Telephone (213) 627-3600
10 | Facsimile (213) 627-6290

11 | Attorneys for Defendant, Counterclaimant
and Cross-Defendant, Westbrook Fanita Ranch, L.P.

12 |

13 | WILLIAM P. FENNELL, ESQ.
william.fennell@fennellLaw.com
14 | TRACY L. SCHIMELFENIG, ESQ.
tracy.schimelfenig@fennellLaw.com
| Law Office of William P. Fennell APLC
15 | 1111 Sixth Avenue, #404
San Diego, CA 92101-5211
16 | Telephone (619) 325-1560
Facsimile (619) 325-1558

17 |

18 | Proposed Attorneys for Debtor-in-Possession,
Fanita Ranch, L.P.

19 | **UNITED STATES BANKRUPTCY COURT**

20 | **SOUTHERN DISTRICT OF CALIFORNIA**

21 | In re | CASE NO. 10-05750-MM11

22 | FANITA RANCH, L.P., a California limited partnership, | **NOTICE OF MOTION AND WESTBROOK FANITA RANCH, L.P. AND FANITA**

23 | | **RANCH, L.P.'S JOINT MOTION FOR ORDERS (1) APPROVING SETTLEMENT**

24 | | **ALLOWING WESTBROOK'S SECURED CLAIM AND PROVIDING FOR RELIEF**

25 | Debtor-in-Possession. | **FROM STAY (2) DISMISSING DEBTOR'S CROSS COMPLAINT AND GUARANTY**

26 | | **BANK'S COMPLAINT AND (3) REMANDING WESTBROOK'S CROSS**

27 | | **CLAIMS TO THE SAN DIEGO SUPERIOR COURT**

28 |

P:00567858:60434.002

1

2

3

Date:  October 19. 2010
Time:  9:00 a.m.
Dept:  One (1)

Honorable Margaret M. Mann

4      TO THE HONORABLE MARGARET M. MANN, UNITED STATES BANKRUPTCY

5  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, CREDITORS, PARTIES IN

6  INTEREST, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

7      PLEASE TAKE NOTICE that on October 19, 2010 at 9:00 a.m., in Department One (1)

8  of the United States Bankruptcy Court, located at 325 West "F" Street, San Diego, CA

9  92101, Westbrook Fanita Ranch, L.P. and Fanita Ranch, L.P. will and do jointly move this

10  Court for an orders (1) approving their Joint Motion to Approve Settlement allowing

11  Westbrook's secured claim and providing relief from stay, (2) dismissing the Adversary

12  Proceeding known as *Guaranty Bank v. Westbrook Fanita Ranch, L.P.*. et. al., Adv. Proc. No

13  10-90204 (the "Adversary Proceeding.") and (3) remanding Westbrook's cross claims filed

14  against Guaranty Bank to the San Diego Superior Court .

15      This motion is supported by this Notice of Motion and Motion, the Declaration of J.

16  Michael Armstrong, a Memorandum of Points and Authorities in Support of Motion, all

17  documents within the file of the above referenced bankruptcy case and in the Adversary

18  Proceeding, all of which are incorporated herein by this reference, and such other oral or

19  documentary evidence that may be presented at the time of the hearing.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    By separate order of the Bankruptcy Court memorialized in the Court's Minute Order

2    dated August 23, 2010 (Docket No. 80 in the Adversary Proceeding), any opposition or

3    other response to this motion must be served upon the undersigned and filed in the above

4    captioned case on or before September 22, 2010. If no opposition is received, it can be

5    deemed as consent by the Court to the relief requested herein.

6    A copy of this Notice is filed in the Adversary Proceeding for reference purposes.

7    DATED: August 27, 2010              SOLOMON WARD SEIDENWURM & SMITH, LLP

8

9                                        By:  /s/ Michael D. Breslauer
                                              MICHAEL D. BRESLAUER
10                                            YOSINA M. LISSEBECK
                                              Attorneys for Defendant, Counterclaimant
11                                            & Cross-Defendant, Westbrook Fanita Ranch, L.P.

12   DATED: August 27, 2010              LAW OFFICES OF WILLIAM P. FENNELL, APLC

13

14                                       By:  _____
                                              WILLIAM P. FENNELL
15                                            TRACY L. SCHIMELFENIG
                                              Proposed Attorneys for Debtor-in-Possession,
16                                            Fanita Ranch, L.P.

17

18

19

20

21

22

23

24

25

26

27

28

P:00567858:60434.002                        -3-

**PROOF OF SERVICE**

I, Wendy A. Yones, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State.  On **August 27, 2010**, I served the following document(s):

> **NOTICE OF MOTION AND WESTBROOK FANITA RANCH, L.P. AND FANITA RANCH, L.P.'S JOINT MOTION FOR ORDERS (1) APPROVING SETTLEMENT ALLOWING WESTBROOK'S SECURED CLAIM AND PROVIDING FOR RELIEF FROM STAY (2) DISMISSING DEBTOR'S CROSS COMPLAINT AND GUARANTY BANK'S COMPLAINT AND (3) REMANDING WESTBROOK'S CROSS CLAIMS TO THE SAN DIEGO SUPERIOR COURT**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **August 27, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

| Office of the United States Trustee | ustp.region15sop@usdoj.gov<br>tiffany.l.carroll@usdoj.gov |
|---|---|
| William A. Smelko, Esq. | wasmelko@aol.com |
| Christopher Rivas, Esq. | crivas@reedsmith.com; ctobaben@reedsmith.com |
| Allan H. Ickowitz, Esq. | aickowitz@nossaman.com;<br>mbonilla@nossaman.com |
| Richard T. Egger, Esq. | Richard.egger@bbklaw.com |
| William P. Fennell, Esq. | william.fennell@fennelllaw.com |

☐    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**  On **August 27, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 27, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

1     ☒      Service information continued on attached page

2   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

4   Dated:   August 27, 2010            By: /s/ Wendy A. Yones

                                         WENDY A. YONES

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **PROOF OF SERVICE LIST**

2 **VIA NEF & U.S. MAIL**
Office of the United States Trustee
3 Southern District of California
402 West Broadway, Suite 600
4 San Diego, CA 92101

5

6 **VIA NEF & U.S. MAIL**
Scott N. Yamaguchi, Esq.
Amber M. Grayhorse, Esq.
7 Allan H. Ickowitz, Esq.
John W. Kim, Esq.
8 Nossaman LLP
445 S Figueroa Street, 31st Floor
9 Los Angeles, CA 90071-1602
syamaguchi@nossaman.com
10 agrayhorse@nossaman.com
aickowitz@nossaman.com
11 jkim@nossaman.com
*Attorneys for Compass Bank Successor of*
12 *Loan by Guaranty Bank/Wachovia Bank*

13 **VIA EMAIL**
John M. Moscarino, Esq.
14 Moscarino & Connolly LLP
11911 San Vicente Blvd., Suite 324
15 Los Angeles, CA 90049-6616
jmoscarino@mosconn.com
16 *Attorneys for Westbrook Fanita Ranch L.P.*

17

18 **VIA U.S. MAIL**
Dennis J. Stryker, Esq.
Stryker Slev Law Group
19 3555 Fifth Avenue, Suite 105
San Diego, CA 29103
20 dstryker@strykerslev.com
*Attorneys for Rick Engineering*
21 **VIA U.S. MAIL**
Roger Ball
22 Rick Engineering
5620 Friars Road
23 San Diego, CA 92110
*Creditors Committee*

24

25 **VIA U.S. MAIL**
Nicholas Arthur
26 Landbourn Company
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
27 *Creditors Committee*

---

**VIA NEF & U.S. MAIL**
William P. Fennell, Esq.
Law Offices of William P. Fennell
1111 Sixth Avenue, #404
San Diego, CA 92101
*Attorneys for Debtor*

**VIA NEF & U.S. MAIL**
Marsha A. Houston, Esq.
Terry B. Bates, Esq.
Christopher O. Rivas, Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
mhouston@reedsmith.com
tbates@reedsmith.com
crivas@reedsmith.com
*Attorneys for Wachovia Bank, NA*

**VIA U.S. MAIL**
Paul J. Delmore. Esq.
Simpson Delmore Green LLP
One America Plaza
600 West Broadway, Suite 400
San Diego, CA 92101
*Attorneys for Fanita Ranch, LP & Creditors Committee*

**VIA NEF & U.S. MAIL**
Richard T. Egger, Esq.
Best Best Krieger LLP
3500 Porsche Way, Suite 200
Ontario, CA 91764
*Attorneys for City of Santee*

**VIA U.S. MAIL**
First American Title Insurance Company
Timothy P. Sullivan
1 First American Way
Santa Ana, CA 92707

**VIA NEF & U.S. MAIL**
William A. Smelko, Esq.
3333 Camino Del Rio South, Suite 140
San Diego, CA 92108

28 | **ALL OF THE FOLLOWING PARTIES ON THE NEXT PAGE WERE SERVED BY U.S. MAIL**

Panita Ranch, LP
2055 Corte Del Nogal
Carlsbad, CA 92011-1412

Alleshouse & Associates
5666 La Jolla Blvd.
La Jolla, CA 92037-7523

American 1st Maintanance
4290 International Blvd
Norcross, GA 30093-3023

Aviatech LLC
7220 Trade Street, Suite 300
San Diego, CA 92121-2334

BNT Erosion Construction
11988 Paseo Fuerte
El Cajon, CA 92020-8373

Butsko Utility
17065 Via Del Campo Suite 100
San Diego, CA 92127-1716

City of Santee
10601 Magnolia Avenue
Santee, CA 92071-1222

Compass Bank
Nossaman LLP
445 S. Figueroa Street, 31st. Floor
Los Angeles CA 90071-1602

Dahlin Group, Inc.
415 Cedros Avenue
Solana Beach, CA 92075

Del Mar Blue Print
2201 San Dieguito Drive
Del Mar, CA 92014-2256

Dudek & Associates
605 Third Street
Encinitas, CA 92024-3513

Ebbin Moser, et al.
525 B Street, Suite 1500
San Diego, CA 92101-4417

Firewise 2000, Inc.
26337 Dky Drive
Escondido, CA 92026

Flaherty Communications
309 Crocus Court
Encinitas, CA 92024-1765

Foley & Lardner
402 West Broadway, Suite 2100
San Diego, CA 92101-8510

Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Attn: Katherine R. Catanese

Forma Design
3050 Pullman
Costa Mesa, CA 92626-8006

Geocon Incorporated
6960 Flanders Drive
San Diego, CA 92121-3992

IJM Management Inc.
17383 West Sunset Blvd.
Pacific Palisades, CA 90272-4181

Investigative Sciences
1134 D Street
Ramona, CA 92065-3923

J. Michael Armstrong
2055 Corte Del Nogal
Carlsbad, CA 92011-1412

J. Whalen & Associates
1660 Hotel Circle North, # 725
San Diego, CA 92108-2820

J.T. Kruer & Company
10251 Vista Sorrento Pkwy
San Diego, CA 92121-3774

Jeanette C. Justu
1600 Dove Street, Suite 210
Newport Beach, CA 92660-1417

Luce Forward, et al.
600 West Broadway, Suite 2600
San Diego, CA 92101-3372

Marketpoint Real
1901 First Avenue, Suite 219
San Diego, CA 92101-2382

Moote, Paul A. & Associates
1516 Brookhollow Drive
Santa Ana, CA 92705-5426

North County Blue
2205 Faraday Avenue
Carlsbad, CA 92008-7210

OCB Reporographics
1200 4th Avenue
San Diego, CA 92101-4206

Officia Imaging
7323 Engineer Road
San Diego, CA 92111-1409

PACE- Pacific Adv
17520 Newhope Street, Suite 200
Fountain Valley, CA 92708-8206

PBS & J
9272 Sky Park Court, Suite 200
San Diego, CA 92123

Packard Government Affairs
220 West Grand Avenue
Escondido, CA 92025-2604

San Diego Gas & Electric
P.O. Box 129831
San Diego, CA 92112-9831

San Diego Group
P.O. Box 371494
San Diego, CA 92137-1494

Springbrook Realty
c/o Thomas Sakai
1300 Bristol Street N, Suite 210
Newport Beach, CA 92660-8937

TTA (Tony Turpin)
5694 Mission Center Road, Ste446
San Diego, CA 92108-4355

Velasquez Maintenance
4276 Marlboro Street
San Diego, CA 92105-1122

Wachovia Bank, N.A.
c/o Reed Smith LLP
Attn: Marsha A. Houston
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Wells Fargo Financial
800 Walnut
Des Moines, IA 50309-3891

Westbrook Fanita Ranch, LP
C/O John Moscarino,
11911 San Vincente Blvd # 324
Los Angeles, CA 90049-6616

William P. Fennell
Tracy L. Schimelfenig
Law Office William P. Fennell APLC
1111 Sixth Avenue, #404
San Diego, CA 92101-5211

William A. Smelko
3333 Camino Del Rio South, Suite 140
San Diego, CA 92108-3853